IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00968-BNB

ALLEN J. KENTA,

    Plaintiff,

v.

CITY OF AURORA,
"GANG UNIT" AURORA POLICE DEPT.,
CHIEF OF POLICE DANIEL OATES,
"GANG UNIT OFFICER" DAVID GALLEGOS,
"POLICE OFFICER" SILVERMAN,
"OFFICER" CRAIG MORGAN,
"OFFICER" SEAN PASCAL,
"OFFICER" JOHN BORQUEZ, and
OTHER UNKNOWN AURORA POLICE OFFICERS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 7 2008

GREGORY C. LANGHAM
                CLERK

## SECOND ORDER TO CURE DEFICIENCIES

Plaintiff, Allen J. Kenta, is incarcerated at the Arapahoe County Jail in Centennial, Colorado. Mr. Kenta initiated this action by filing *pro se* a Prisoner Complaint. In an order filed on May 8, 2008, the court directed the clerk of the court to commence a civil action and directed Mr. Kenta to cure certain deficiencies if he wished to pursue his claims. More specifically, the court ordered Mr. Kenta either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* together with a certified copy of his inmate trust fund account statement.

On June 4, 2008, Mr. Kenta submitted a certified copy of his inmate trust fund account statement, an amended Prisoner Complaint, a "Motion to Have Court Appointed Counsel," and a "Motion to Retrieve Forms and Medical Documents."

Although it appears that Mr. Kenta intends to seek leave to proceed *in forma pauperis* in this action, he has not filed a motion seeking leave to proceed *in forma pauperis*. Therefore, Mr. Kenta will be given one more opportunity to cure the remaining deficiency in this action by filing either a motion seeking leave to proceed *in forma pauperis* on the proper form or by paying the $350.00 filing fee. Accordingly, it is

ORDERED that Mr. Kenta cure the remaining deficiency **within thirty (30) days from the date of this order** either by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or by paying the $350.00 filing fee. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Kenta, together with a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Kenta fails to cure the remaining deficiency within the time allowed, the action will be dismissed without further notice. It is

FURTHER ORDERED that the "Motion to Have Court Appointed Counsel" and the "Motion to Retrieve Forms and Medical Documents" filed on June 4, 2008, are denied as premature.

DATED June 17, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00968-BNB

Allen J. Kenta
Prisoner No. 07-016314
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on 6/17/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk