IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00968-BNB

ALLEN J. KENTA,

Plaintiff,

v.

CITY OF AURORA,
"GANG UNIT" AURORA POLICE DEPT.,
CHIEF OF POLICE DANIEL OATES,
"GANG UNIT OFFICER" DAVID GALLEGOS,
"POLICE OFFICER" SILVERMAN,
"OFFICER" CRAIG MORGAN,
"OFFICER" SEAN PASCAL,
"OFFICER" JOHN BORQUEZ, and
OTHER UNKNOWN AURORA POLICE OFFICERS,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 3 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff, Allen J. Kenta, is incarcerated at the Arapahoe County Detention Facility in Centennial, Colorado. Mr. Kenta initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. On June 4, 2008, Mr. Kenta filed an amended Prisoner Complaint. The court must construe the amended complaint liberally because Mr. Kenta is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Kenta will be ordered to file a second amended complaint.

The court has reviewed Mr. Kenta's amended complaint and finds that it is deficient because Mr. Kenta fails to provide specific facts to demonstrate that each named Defendant personally participated in the asserted constitutional violations. Mr. Kenta contends that his constitutional rights have been violated because he has been harassed and subjected to excessive force. In describing the nature of the case in the amended complaint, Mr. Kenta specifically refers to two separate incidents that allegedly support the constitutional claims he is asserting. However, Mr. Kenta identifies only two of the named individual Defendants as participants in the alleged incidents of harassment and excessive force. Mr. Kenta fails to make any specific allegations against the other named individual Defendants.

Therefore, Mr. Kenta will be directed to file a second amended complaint. Mr. Kenta is advised that, in order to state a claim in federal court, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." **Nasious v. Two Unknown B.I.C.E. Agents**, 492 F.3d 1158, 1163 (10th Cir. 2007). Personal participation is an essential allegation in a civil rights action. **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Kenta must show that each Defendant caused the deprivation of a federal right. **See Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. **See Butler v. City of Norman**, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior. **See Pembaur v. City of Cincinnati**, 475

U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983). Accordingly, it is

ORDERED that Mr. Kenta file **within thirty (30) days from the date of this order** an original and sufficient copies of a second amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Kenta, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Kenta fails to file an original and sufficient copies of a second amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED July 23, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00968-BNB

Allen J. Kenta
Prisoner No. 07-016314
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER** and **two copies of the Prisoner Complaint form** to the above-named individuals on 7/23/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk