IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00968-BNB

ALLEN J. KENTA,

    Plaintiff,

v.

"GANG UNIT OFFICER" DAVE GALLEGOS,
"CHIEF OF POLICE" DANIEL OATES,
CITY OF AURORA,
SEVERAL UNKNOWN GANG UNIT OFFICERS, and
OTHER UNKNOWN OFFICERS,

    Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 18th day of August, 2008.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 19 2008

GREGORY C. LANGHAM
    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00968-BNB

Allen J. Kenta
Prisoner No. 07-16314
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/19/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk